**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01026-JLK

LAWRENCE RAYMOND DEROSIER,

    Plaintiff,

v.

OFFICER KENNETH BALLTRIP, in his individual capacity,
COMMANDER AARON SANCHEZ, in his individual capacity,
OFFICER STEVEN BAKOVICH, in his individual capacity, and
TOWN OF JOHNSTOWN, a government municipality,

    Defendants.

**ORDER DISMISSING DEFENDANT BAKOVICH WITH PREJUDICE**

THE COURT having reviewed the Joint Motion to Dismiss Plaintiff's Claims Against Defendant Bakovich With Prejudice (Doc. 20) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that all Plaintiff's claims against Defendant Bakovich are DISMISSED WITH PREJUDICE, with each party to pay his own attorney fees and costs. In light of the dismissal of Plaintiff's claims against Defendant Bakovich, Defendant Bakovich's pending motion to dismiss (Doc. 19) is DENIED AS MOOT.

    BY THE COURT:

Dated: September 9, 2015    *s/John L. Kane*
    SENIOR U.S. DISTRICT JUDGE