### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01026-JLK

LARRY RAYMOND DEROSIER,

Plaintiff,

v.

OFFICER KENNETH BALLTRIP, in his individual capacity,
COMMANDER AARON SANCHEZ, in his individual capacity,

Defendants.

## ORDER ON JOINT MOTION TO DISMISS

THE COURT having reviewed the Joint Motion for Dismissal (Doc. 27) pursuant to Fed.R.Civ.P. 41(a)(2) and being fully advised in the premises, DOES HEREBY ORDER that the motion is GRANTED and that this action is DISMISSED WITH PREJUDICE, with each party to pay his or its own attorney fees and costs.

BY THE COURT:

Dated: April 11, 2016     *s/John L. Kane*
                          SENIOR U.S. DISTRICT JUDGE